THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTONIO PONTON, Appellant.

(Argued October 18, 1915; decided October 29, 1915.)

APPEAL from a judgment of the Supreme Court, rendered April 23, 1915, at a Trial Term for the county of Schenectady, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Andrew J. Nellis, Homer J. Borst* and *George B. Smith* for appellant.

*Alexander T. Blessing, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, HOGAN, CARDOZO, SEABURY and POUND, JJ.